STATE of Missouri, Plaintiff/Respondent,

v.

Christopher SAMPLE,
Defendant/Appellant.

Christopher SAMPLE, Movant,

v.

STATE of Missouri, Respondent.

Nos. 66897, 68728.

Missouri Court of Appeals,
Eastern District,
Division Four.

Jan. 30, 1996.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for Respondent.

Before AHRENS, P.J., and PUDLOWSKI and SIMON, JJ.

*ORDER*

PER CURIAM.

Defendant appeals from convictions of burglary, kidnapping, assault and rape. Having found defendant to be a prior offender, the trial court sentenced defendant to 15 years for first degree burglary, 15 years for kid-

napping, 7 years for assault and 20 years for rape. The court ordered that the burglary, kidnapping and assault sentences were to be served concurrently and the rape sentence was to be served consecutively. This appeal is consolidated with an appeal from the denial of his Rule 29.15 motion for post-conviction relief. The judgment of conviction is affirmed. Rule 30.25(b). The denial of post-conviction relief is affirmed. Rule 84.16.(b).

Othel Marie HICKMAN, Appellant,

v.

Curtis Edward HICKMAN, Respondent.

No. WD 50590.

Missouri Court of Appeals,
Western District.

Jan. 30, 1996.

R. Cristine Stallings, Bethany, for appellant.

Deborah Havens, Trenton, for respondent.

Before ELLIS, P.J., and HANNA and SPINDEN, JJ.

**ORDER**

PER CURIAM.

Appellant appeals from the trial court's dismissal of her motion to modify for lack of subject matter jurisdiction under the Uniform Child Custody Jurisdiction Act, § 452.450, RSMo 1994. Affirmed. Rule 84.16(b).